# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAY SHARPE,
　　　　　　　　Appellant,
　　vs.
ALISHA GRUNDY,
　　　　　　　　Respondent.

No. 76064

FILED

JUL 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Moreover, the district court minutes expressly anticipate additional proceedings.

In addition, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant appears to challenge a decision after an evidentiary hearing to prove up

18-25787

damages. No statute or court rule provides for an appeal from a decision on a prove-up hearing.

Accordingly, we conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.[1]

_____ Pickering _____, J.
Pickering

_____ Gibbons _____ J.
Gibbons

_____ Hardesty _____, J.
Hardesty

cc:     Hon. Joseph Hardy, Jr., District Judge
        Ray Sharpe
        Flangas Law Firm, Ltd.
        Eighth District Court Clerk

_____

[1]We take no action on appellant's request for transcripts, filed June 27, 2018.